# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5222**                                        **September Term, 2022**

**1:21-cv-03366-JEB**

**Filed On:** January 23, 2023

Taylor Budowich,

       Appellant

Conservative Strategies, Inc., a California for profit corporation,

       Appellee

   v.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al.,

       Appellees

    **BEFORE:**   Katsas and Rao, Circuit Judges

## O R D E R

Upon consideration of the motions for summary affirmance, the responses thereto, and the replies; and the motions for assignment to a prior panel, the responses thereto, and the reply, it is

**ORDERED** that the motions for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED** that the motions for assignment to a prior panel be denied.

Because the court has determined that summary disposition is not in order, the Clerk is directed to calendar this case for presentation to a merits panel. While not otherwise limited, the parties are directed to address in their briefs the following issues:

Whether the Committee itself, as opposed to its Members, is immune from this lawsuit under the Speech or Debate Clause of the Constitution or under principles of federal sovereign immunity;

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5222**                                                **September Term, 2022**

      Whether the Committee's issuance of its final report, the termination of the Committee, or the convening of a new session of Congress impacts the issues presented in this case and, if so, how.

**Per Curiam**