<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| TAYLOR BUDOWICH, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | No. 22-5222 |
| v. | ) | (D.D.C. No. 1:21-cv-03366-JEB) |
| | ) | |
| NANCY PELOSI, *et al.,* | ) | |
| | ) | |
| Appellees. | ) | |

## <u>STIPULATION OF VOLUNTARY DISMISSAL</u>
## <u>PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)</u>

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the above-captioned appeal is voluntarily dismissed with prejudice in accordance with Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs and fees.

Dated: March 6, 2023                    Respectfully submitted,

<u>*/s/ Christopher W. Dempsey*</u>
CHRISTOPHER W. DEMPSEY
JARED J. BURNS
ABL LAW, P.A.
100 N. Laura Street, Suite 501
Jacksonville, Florida 32202
Tele: (904) 944-4100
cdempsey@abelbeanlaw.com
jburns@abelbeanlaw.com
*Attorneys for Appellant*

/s/ Todd Tatelman
TODD B. TATELMAN
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Tele: (202) 225-9700
Todd.Tatelman@mail.house.gov
*Attorney for Appellees*

/s/ Loretta E. Lynch, Esq.
LORETTA E. LYNCH
ROBERTO J. GONZALEZ
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON, LLP
2001 K Street, NW
Washington, DC 20006-1047
Tele:  (202) 223-7316
lelynch@paulweiss.com
rgonzalez@paulweiss.com
*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
*Counsel for Appellant*