# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5222**                                          **September Term, 2022**

1:21-cv-03366-JEB

**Filed On:** March 8, 2023

Taylor Budowich,

        Appellant

Conservative Strategies, Inc., a California for profit corporation,

        Appellee

        v.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al.,

        Appellees

## O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:    /s/
                                        Amanda Himes
                                        Deputy Clerk